RENEE F. MAZER, Respondent, v. DONALD J. MAZER, Appellant.

Submitted February 20, 1950; decided February 23, 1950.

*Francis Finkelhor* for motion.

*John F. Keating* and *John M. Whelan* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements, upon the ground that the order does not finally determine the action within the meaning of the Constitution.